**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bluestem Systems LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-3285021 |
| 4. | **Debtor's address** | **Principal place of business**<br>2321 Rd 14<br>Howells, NE 68641<br>Number, Street, City, State & ZIP Code<br>Colfax<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Bluestem Systems LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

1122

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Bluestem Systems LLC** Case number (*if known*) ____________
Name

List all cases. If more than 1, attach a separate list

Debtor ____________ Relationship ____________
District ____________ When ____________ Case number, if known ____________

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ____________
  Contact name ____________
  Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Bluestem Systems LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 7, 2026**
MM / DD / YYYY

Signed by:
X
Signature of authorized representative of debtor

**Russell T. Vering**
Printed name

Title **Managing Member**

**18. Signature of attorney**

X
Signature of attorney for debtor

Date **October 7, 2026**
MM / DD / YYYY

**Lauren R. Goodman**
Printed name

**McGrath North Mullin & Kratz, PC LLO**
Firm name

**Suite 3700 First National Tower**
**1601 Dodge Street**
**Omaha, NE 68102**
Number, Street, City, State & ZIP Code

Contact phone **(402) 341-3070** Email address **lgoodman@mcgrathnorth.com**

**24645 NE**
Bar number and State

**CONSENT IN LIEU OF SPECIAL MEETING
OF THE MEMBERS
OF BLUESTEM SYSTEMS, LLC**

The undersigned, being all of the Members of **BLUESTEM SYSTEMS, LLC**, a Nebraska limited liability company (hereinafter referred to as the "Company"), and holding all of the Voting Units of the Company, hereby consent, pursuant to the applicable laws of the State of Nebraska and the Operating Agreement of the Company dated January 18, 2019, to the adoption hereof and do hereby adopt the following resolutions and declare them to be in full force and effect as if adopted at a regularly or specially held meeting of the Members of the Company:

"**RESOLVED**, that the Company be and is hereby authorized to execute and file on its behalf a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska;

**FURTHER RESOLVED**, that the Company be and is hereby authorized to retain on its behalf the firm of McGrath North Mullin & Kratz, PC LLO, 3700 First National Tower, 1601 Dodge Street, Omaha, Nebraska 68102, to represent it in connection with such proceedings;

**FURTHER RESOLVED**, that Russ Vering be and is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska; and

**FURTHER RESOLVED**, that Russ Vering is hereby designated to act on behalf of the Company in such proceedings and is hereby authorized and directed to take such further actions by and on behalf of the Company as shall be either necessary or appropriate to further the purposes of the foregoing resolutions."

Date effective October 7.00, 2026.

**MEMBERS:**

Signed by:
[signature]
5C24C3C3923D4A4...
**Russ Vering**

DocuSigned by:
Christopher Reimers
43BBFEC92C31418...
**Chris Reimers**

Chuck Lacey
551 North Linden
Wahoo, NE 68066

Creston Fertilizer
401 1st Street
Creston, NE 68631

Cuming County Power
500 South Main Street
West Point, NE 68788

Cumming County Attorney
128 N Main St.
West Point, NE 68788

Cumming County Treasurer
PO Box 267
West Point, NE 68788

Hazard Engineering
567 W 15th Street Ste 101
Wahoo, NE 68066

Internal Revenue Service
Insolvency Unit, STOP 5301
1313 Farnam Street
Omaha, NE 68102

Nebraska Department of Revenue
Attn: Bankruptcy Unit Nebraska
State Office Building, PO Box 94818
Lincoln, NE 68509-4818

Paul Koenig
7040 Lakeland Ave
Suite 100
Minneapolis, MN 55428

PorkPro Investments, LLC
8301 Cody Drive Suites A B
Lincoln, NE 68512

RaboBank
150 N Riverside Plaza
Chicago, IL 60606

Settje Agri Services
15460 NW 48th Street
Raymond, NE 68428

Virtus Law, PLLC
7040 Lakeland Ave
Suite 100
Minneapolis, MN 55428

Wahoo Construction
551 North Linden
Wahoo, NE 68066

Wood Aitken, LLP
301 S. 13th Street, Ste. 500
Lincoln, NE 68508

Docusign Envelope ID: E5711A4F-7C30-87AB-82BD-16BB5C29A880

**United States Bankruptcy Court**
**District of Nebraska**

In re **Bluestem Systems LLC** Case No. ______
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 7, 2026**

Signed by:
5C24C3C3923D4A4...
**Russell T. Vering/Managing Member**
Signer/Title

# United States Bankruptcy Court
## District of Nebraska

In re **Bluestem Systems LLC** Case No. ______
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bluestem Systems LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 6, 2026**
Date

**Lauren R. Goodman**
Signature of Attorney or Litigant
Counsel for **Bluestem Systems LLC**

**McGrath North Mullin & Kratz, PC LLO**
**Suite 3700 First National Tower**
**1601 Dodge Street**
**Omaha, NE 68102**
**(402) 341-3070 Fax:(402) 341-0216**
**lgoodman@mcgrathnorth.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BLUESTEM SYSTEMS LLC, | ) | |
| | ) | Case No. 26-___________ |
| Debtor. | ) | |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Holder |
|---|---|---|---|
| Bluestem Systems LLC | Russell Vering | 2321 Rd 14<br>Howells, NE 68641 | 55% |
| Bluestem Systems LLC | Chris Reimers | 2321 Rd 14<br>Howells, NE 68641 | 45% |

[1] This list serves as the disclosures required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the Chapter 11 case.