| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bluestem Systems LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEBRASKA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chuck Lacey<br>551 North Linden<br>Wahoo, NE 68066** | | | **Disputed** | | | **$0.00** |
| **Creston Fertilizer<br>401 1st Street<br>Creston, NE 68631** | | | **Disputed** | | | **$0.00** |
| **Cuming County Power<br>500 South Main Street<br>West Point, NE 68788** | | | **Disputed** | | | **$0.00** |
| **Cumming County Attorney<br>128 N Main St.<br>West Point, NE 68788** | | | **Disputed** | | | **$0.00** |
| **Cumming County Treasurer<br>PO Box 267<br>West Point, NE 68788** | | | **Disputed** | | | **$0.00** |
| **Hazard Engineering<br>567 W 15th Street<br>Ste 101<br>Wahoo, NE 68066** | | | **Disputed** | | | **$0.00** |
| **Internal Revenue Service<br>Insolvency Unit, STOP 5301<br>1313 Farnam Street<br>Omaha, NE 68102** | | | **Disputed** | | | **$0.00** |

Debtor **Bluestem Systems LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nebraska Department of Revenue Attn: Bankruptcy Unit Nebraska State Office Building, PO Box 94818 Lincoln, NE 68509-4818** | | | **Disputed** | | | **$0.00** |
| **Paul Koenig 7040 Lakeland Ave Suite 100 Minneapolis, MN 55428** | | | **Disputed** | | | **$0.00** |
| **PorkPro Investments, LLC 8301 Cody Drive Suites A&B Lincoln, NE 68512** | | | **Disputed** | **$4,661,626.94** | **$0.00** | **Unknown** |
| **RaboBank 150 N Riverside Plaza Chicago, IL 60606** | | | **Disputed** | | | **$0.00** |
| **Settje Agri Services 15460 NW 48th Street Raymond, NE 68428** | | | **Disputed** | | | **$622,501.81** |
| **Virtus Law, PLLC 7040 Lakeland Ave Suite 100 Minneapolis, MN 55428** | | | | | | **$27,502.09** |
| **Wahoo Construction 551 North Linden Wahoo, NE 68066** | | | **Disputed** | | | **$0.00** |
| **Wood & Aitken, LLP 301 S. 13th Street, Ste. 500 Lincoln, NE 68508** | | **Settje Agriservices Construction Dispute** | | | | **$85,214.80** |