IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>BLUESTEM SYSTEMS, LLC<br><br>Debtor. | Case No. BK 26-81186-BSK<br>(Chapter 11)<br><br>Notice of Rule 2004 Request for Production of Documents |

The undersigned attorneys for Settje Agri-Services & Engineering Inc., and PorkPro Investments, LLC, secured creditors and parties in interest (collectively, the "Creditors") requests the production of documents by Bluestem Systems, LLC (the "Debtor") pursuant to Neb. R. Bankr. P. 2004-1. No court order or subpoena is required for this request.

The Debtor shall produce the records listed in the attached **Exhibit A** on or before October 30, 2026, at 5:00 p.m. by mailing or emailing the requested materials to the undersigned. The scope of the request is limited by Bankruptcy Rule 2004.

Any party in interest may file a motion for protective order before the proposed production of documents is to occur. The motion must state the reasons to prohibit, limit, or reschedule the production of documents. The production of documents will be stayed until the court rules on the motion.

The undersigned certifies that a true copy of this notice was filed with the court and the undersigned caused it to be served on Lauren Goodman, attorney for the debtor via electronic mail addressed to lgoodman@mcgrathnorth.com.

DATED: October 9, 20236

SETTJE AGRI-SERVICES & ENGINEERING INC. and PORKPRO INVESTMENTS, LLC.

By: /s/ Richard P. Garden, Jr.

Richard P. Garden, Jr. - #17685
Elijah J. Poferl, #28289
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
rgarden@clinewilliams.com
Attorneys for Settje Agri-Services & Engineering Inc. and PorkPro Investments, LLC

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

/s/ Richard P. Garden, Jr.
Richard P. Garden, Jr.

**EXHIBIT A**

1. The Debtor's 2022, 2023, 2024, and 2025 federal income tax return, including all schedules thereto.

2. All records for any deposit account that the Debtor has or had at a bank or other depository institution for the period from January 1, 2024, to the present, including images of all account statements and all items deposited to or drawn on the account.

3. All non-privileged documents relating to an evaluation of the value of the Debtor's property consisting of a swine facility in a tract of land comprising a part of the SW 1/4 of Section 17, Township 21 North, Range 4 East of the 6th P.M., Cuming County, Nebraska, consisting of approximately 21.29 acres, the improvements thereto, and the contents thereof (the "Property").

4. All non-privileged documents relating to an evaluation of the value of any other property owned by the Debtor.

5. All appraisals of the Debtor's real or personal property.

6. All leases of the Property, including all amendments or modifications thereto.

7. All non-privileged documents relating to the ownership of the Debtor, including a membership ledger.

8. The Debtors' governance documents, including the Debtors' Operating Agreement and any amendments thereto.

9. All financial statements and balance sheets of the Debtor for the period from January 1, 2024, to the present.

10. All documents evidencing the payment of insurance premiums for property and casualty insurance on the Property and contents for the period from August 1, 2025, to the present.

11. All documents relating to the financing of the Debtor's business for the period from January 1, 2024, to the present.

12. All documents relating to any real property owned by the Debtor other than the Property.

13. If the Debtor contends that it is a family farmer, as that term is defined in Section 101 of the Bankruptcy Code, all documents upon which the Debtor relies to make such contention.

14. If the Debtor contends that it is not a single asset real estate debtor, as that term is defined in Section 101 of the Bankruptcy Code, all documents upon which the Debtor relies to make such contention.