**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA**

In re:

BLUESTEM SYSTEMS, LLC,
Debtor.

Case No. BK 26-81186-BSK
Chapter 11

**STATUS REPORT**

Debtor, Bluestem Systems, LLC, hereby submits this Status Report pursuant to the Court's *Interim Order on Cash Collateral and Financing* dated November 3, 2026:

1. Since November 3, 2026, counsel for Debtor, PorkPro Investments, LLC ("PorkPro") and the U.S. Trustee's Office have conferred in good faith regarding the necessary modifications to the Nationwide Insurance Policy dated October 20, 2026 (the "Policy") that was procured by PorkPro Investments, LLC.

2. PorkPro's counsel continues to work with its broker to determine whether the appropriate modifications can be made to the Policy.

3. All parties request that PorkPro's counsel be given until Friday, November 6, 2026, to complete the task.

4. From the perspective of the Debtor and the U.S. Trustee's office, if PorkPro is unable to make the modifications by November 6, 2026, then Debtor renews its Motions to Obtain Post-Petition and Use Cash Collateral to obtain an insurance policy to cover its property.

Dated this 5th day of November, 2026.

BLUESTEM SYSTEMS, LLC, DEBTOR,

By: */s/ Lauren R. Goodman*
Lauren R. Goodman, #24645
Michael T. Eversden, #21941
Donald (DJ) Rison, Jr. #27225
McGrath North Mullin & Kratz, PC LLO
1601 Dodge Street, Suite 3700
Omaha, NE 68102
Phone: (402)341-3070
lgoodman@mcgrathnorth.com
meversden@mcgrathnorth.com
drison@mcgrathnorth.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I caused filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification upon all CM/ECF participants.

*/s/ Lauren R. Goodman*
Lauren R. Goodman