IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | Case No. BK 26-81186-BSK |
| BLUESTEM SYSTEMS, LLC, | Chapter 11 |
| Debtor. | PORKPRO INVESTMENTS, LLC'S STATUS REPORT ON INSURANCE POLICY |

COMES NOW PorkPro Investments, LLC ("PorkPro") and submits this Status Report on Insurance pursuant to the Court's Interim Order on Cash Collateral and Financing (Doc. 44). PorkPro reports as follows:

1. On November 3, 2026, the Court entered its Interim Order on Cash Collateral and Financing (Doc. 44) (the "Interim Order"). The Interim Order directed the Debtor, PorkPro, Settje Agri-Services & Engineering, Inc., and the United States Trustee to immediately meet and confer to determine whether PorkPro will voluntarily modify the Nationwide policy to insure the property of the bankruptcy estate to the satisfaction of the United States Trustee, including (a) verification that the insured location matches the legal description of the Cuming County real estate; (b) naming the Debtor's bankruptcy estate as an insured and loss payee; (c) confirmation that the policy covers all buildings and improvements on the property; and (d) who will pay for the modification. (Doc. 44, ¶ 7.)

2. The Interim Order set a 48-hour deadline for the parties to meet and confer and agree on a modified policy, requiring the Debtor to file a status report on insurance on or before November 4, 2026, at 4:00 p.m. (Doc. 44, ¶ 8.)

3. The deadline was subsequently updated by the Court, extending the original deadline by 24 hours.

4. As reflected in the Debtor's Status Report filed November 5, 2026 (Doc. 48), by agreement of the parties the deadline was extended an additional 24 hours.

5. Since the entry of the Interim Order, PorkPro has been diligently working with the United States Trustee's Office and the Debtor to modify the Nationwide policy to satisfy the United States Trustee's requirements. PorkPro is currently awaiting a finalized policy modification from its insurance agent.

6. The property remains insured in the interim under the Nationwide policy, which provides $4,500,000 of replacement-cost building coverage through February 20, 2027, and for which the premiums are paid. (Doc. 44, at 6, 12.) No party will be prejudiced by a short extension.

7. PorkPro is continuing to work to provide the Debtor and the United States Trustee with a modified policy satisfying the United States Trustee's requirements, but PorkPro needs additional time to do so.

8. PorkPro contacted the United States Trustee's Office and counsel for the Debtor, and each consented to extending the deadline for PorkPro to provide a satisfactory policy until 4:00 p.m. on Tuesday, November 10, 2026.

Accordingly, PorkPro Investments, LLC will provide the Debtor and the United States Trustee with a modified policy satisfying the United States Trustee's requirements, and will file a further status report, on or before 4:00 p.m. on Tuesday, November 10, 2026.

PORKPRO INVESTMENTS, LLC

By: /s/ Elijah J. Poferl

Richard P. Garden, Jr. - #17685
Elijah J. Poferl - #28289
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
rgarden@clinewilliams.com
epoferl@clinewilliams.com

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants, including counsel for the Debtor, Michael T. Eversden, Lauren R. Goodman, and Donald Ray Rison, Jr., and counsel for the United States Trustee, Josephine Ann Ellerman.

/s/ Elijah J. Poferl
Elijah J. Poferl