IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | Case No. BK 26-81186-BSK |
| BLUESTEM SYSTEMS, LLC, | Chapter 11 |
| Debtor. | PORKPRO INVESTMENTS, LLC'S STATUS REPORT ON INSURANCE POLICY |

COMES NOW PorkPro Investments, LLC ("PorkPro") and submits this Status Report on Insurance pursuant to the Court's Interim Order on Cash Collateral and Financing (Doc. 44). PorkPro reports as follows:

1. On November 3, 2026, the Court entered its Interim Order on Cash Collateral and Financing (Doc. 44) (the "Interim Order"). The Interim Order directed the Debtor, PorkPro, Settje Agri-Services & Engineering, Inc., and the United States Trustee to immediately meet and confer to determine whether PorkPro will voluntarily modify the Nationwide policy to insure the property of the bankruptcy estate to the satisfaction of the United States Trustee, including (a) verification that the insured location matches the legal description of the Cuming County real estate; (b) naming the Debtor's bankruptcy estate as an insured and loss payee; (c) confirmation that the policy covers all buildings and improvements on the property; and (d) who will pay for the modification. (Doc. 44, ¶ 7.)

2. As reflected in PorkPro's Status Report on Insurance Policy filed November 6, 2026 (Doc. 50), with the consent of the United States Trustee's Office and counsel for the Debtor, the deadline for PorkPro to provide a satisfactory policy was further extended until 4:00 p.m. on Tuesday, November 10, 2026.

3. Since the entry of the Interim Order, PorkPro has been diligently working with its insurance broker to modify the Nationwide policy to satisfy the concerns of the Debtor and the United States Trustee.

4. On November 9, 2026, PorkPro sent additional proposed amendments to the Nationwide policy to the United States Trustee and the Debtor.

5. PorkPro believes that the United States Trustee's concerns have been addressed by the proposed amendments to the Nationwide policy.

6. PorkPro received comments from the Debtor at 1:13 p.m. on November 10, 2026, on the proposed amendments to the Nationwide Policy which include additional requested changes to the policy.

7. The property is insured under the Nationwide policy, which provides $4,700,000.00 of replacement-cost building coverage through February 20, 2027, and for which the premiums are paid. (Doc. 44, at 6, 12.) No party will be prejudiced by a short extension.

8. PorkPro is continuing to work with its insurance broker to obtain amendments to the existing insurance policy to address the Debtor's comments, but PorkPro needs additional time to do so.

9. The Debtor and the United States Trustee consented to this request for an extension.

Accordingly, PorkPro Investments, LLC will provide the Debtor and the United States Trustee with a modified policy that should satisfy the Debtor's concerns and the United States Trustee's requirements, and will file a further status report, on or before 5:00 p.m. on Thursday, November 12, 2026.

PORKPRO INVESTMENTS, LLC

By: /s/ Richard P. Garden, Jr.
Richard P. Garden, Jr. - #17685
Elijah J. Poferl - #28289
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
rgarden@clinewilliams.com
epoferl@clinewilliams.com

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants, including counsel for the Debtor, Michael T. Eversden, Lauren R. Goodman, and Donald Ray Rison, Jr., and counsel for the United States Trustee, Josephine Ann Ellerman.

/s/ Richard P. Garden, Jr.
Richard P. Garden, Jr.